## CHRISTOPHER STANTON *v.* CHRISTINE STANTON (AC 34464)

Beach, Bear and Mihalakos, Js.

Argued May 21—officially released August 6, 2013

*Sandra M. McDonough*, for the appellant (defendant).

*Frank J. Kolb, Jr.*, with whom, on the brief, was *Joseph A. DiSilvestro*, for the appellee (plaintiff).

*Opinion*

PER CURIAM. The defendant, Christine Stanton, appeals from an order of the trial court granting her postjudgment motion for modification of the parties' separation agreement. On appeal, the defendant claims

that the court erred in reducing the child support obligations of the plaintiff, Christopher Stanton, despite the finding of the court that the plaintiff's income had substantially increased.

After examining the record and the briefs and considering the arguments of the parties, we are not persuaded that the court abused its discretion in modifying the plaintiff's child support obligations.

The judgment is affirmed.